IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ARMANDO HEREDIA SANTA CRUZ,

    Petitioner,

v.

STATE OF CALIFORNIA,

    Respondent.
                              /

No. C 08-03941 SBA (PR)

**ORDER REFERRING CASE FOR RELATED CASE DETERMINATION**

    Petitioner filed the instant pro se petition for a writ of habeas corpus. He has paid the filing fee.

    Petitioner is currently in federal custody. According to the docket sheet in Petitioner's federal criminal case, United States v. Armando Heredia, Case No. CR 03-0230-CRB-3, the Honorable Charles R. Breyer sentenced Petitioner on October 22, 2003. Petitioner challenges the execution of his federal and state sentences and alleges that he should be entitled to serve his sentences concurrently.

    "Whenever a Judge believes that a case pending before that Judge is related to another case, the Judge may refer the case to the Judge assigned to the earliest filed case with a request that the Judge assigned to the earliest filed case consider whether the cases are related." N.D. Cal. Local Rule 3-12(c).

    Accordingly, the undersigned refers the case to Judge Breyer with a request that he consider whether this case is related to United States v. Armando Heredia, Case No. CR 03-0230-CRB-3.

    IT IS SO ORDERED.

DATED: ___9/3/08                                   _____
                                                                        SAUNDRA BROWN ARMSTRONG
                                                                        United States District Judge

P:\PRO-SE\SBA\HC.08\SantaCruz3941.REFERRAL.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO HEREDIA SANTACRUZ,<br><br>     Plaintiff,<br><br>  v.<br><br>STATE OF CALIFORNIA et al,<br><br>     Defendant. | Case Number: CV08-03941 SBA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 4, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Armando Heredia Santa Cruz 02836-748
Federal Bureau of Prisons
Inmate Monitoring Section
320 First Street
NW#528
Washington, DC 20534

Dated: September 4, 2008

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\HC.08\SantaCruz3941.REFERRAL.wpd